1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                   FRESNO DIVISION

11

12   NIGEL GILLINGS,                          1:12-cv-01533-MJS (PC)

13          Plaintiff,                        ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
14   v.                                       and

15   LEPE, et al.,                            ORDER DIRECTING PAYMENT
                                              OF INMATE FILING FEE BY
16          Defendants.                       USP FLORENCE

17                                            (ECF No. 2)
     _____/
18
           Plaintiff Nigel Gillings ("Plaintiff") is a federal prisoner proceeding pro se pursuant to 403
19
     U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.
20
     § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request
21
     to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee
22
     of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly
23
     payments in the amount of twenty percent of the preceding month's income credited to
24
     Plaintiff's trust account.  USP Florence is required to send to the Clerk of the Court payments
25
     from Plaintiff's account each time the amount in the account exceeds $10.00, until the
26
     statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
27
           In accordance with the above and good cause appearing therefore, IT IS HEREBY
28

                                              -1-

1  ORDERED that:

2            1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

3           **2.  The Warden of USP Florence or his designee shall collect payments**

4  **from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the**

5  **preceding month's income credited to the prisoner's trust account and shall forward**

6  **those payments to the Clerk of the Court each time the amount in the account exceeds**

7  **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**

8  **collected and forwarded to the Clerk of the Court.  The payments shall be clearly**

9  **identified by the name and number assigned to this action.**

10           3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11  Plaintiff's in forma pauperis application on the Warden of the USP Florence, via U.S. Postal

12  Service at USP Florence - High, PO Box 7500, Florence, CO 81226.

13           4.  The Clerk of the Court is directed to serve a copy of this order on the

14  Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

15           5.  Within thirty (60) days of the date of service of this order, Plaintiff shall submit

16  a certified copy of his prison trust account statement for the six-month period immediately

17  preceding the filing of the Complaint, if Plaintiff has not already done so.

18  IT IS SO ORDERED.

19  Dated:   September 27, 2012        /s/ *Michael J. Seng*

20                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28