# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL GILLINGS,<br><br>    Plaintiff,<br><br>        v.<br><br>LEPE, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01533-AWI-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>ECF No. 19 |

Plaintiff Nigel Gillings, a federal prisoner proceeding pro se and in forma pauperis, filed this civil action on September 17, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Plaintiff proceeds on an Eighth Amendment excessive force claim against Defendant Lepe.  (ECF No. 9.)

Defendant Lepe was served on April 19, 2013 (ECF No. 17).  By Court Order (ECF No.20), he was given until August 27, 2013, to file a responsive pleading. He filed his Answer (ECF No. 23) on August 26, 2013.

Plaintiff has filed a motion requesting that the Court enter default judgment against Defendant Lepe. (Mot., ECF No. 19.)

1

1  A default, followed by a default judgment, cannot be taken unless and until a
2  defendant has been served and failed to file a responsive pleading within the time allowed.
3  Fed. R. Civ. P. 55(a).  Defendant Lepe appeared and filed a timely responsive pleading.
4  Accordingly, Plaintiff's motion for a default judgment is DENIED.

6  IT IS SO ORDERED.

    Dated:   March 5, 2014                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE