UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL GILLINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEPE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-01533-AWI-MJS<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(ECF NO. 42) |

　　　Plaintiff Nigel Gillings, a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971) on September 17, 2012. (ECF No. 1.) The action proceeds on Plaintiff's First Amended Complaint which alleges Defendant Lepe sprayed Plaintiff with a chemical agent in a manner that violated Plaintiff's Eighth Amendment rights. (ECF No. 7.)

　　　Defendant filed an answer on August 26, 2013. (ECF No. 23.) The Court issued a Discovery and Scheduling Order on September 3, 2013, and set the deadlines for discovery and pre-trial dispositive motions on May 3, 2014 and July 14, 2014, respectively. (ECF No. 25.) The Court recently granted Plainitff's request to be allowed to respond to discovery after the discovery deadline. (ECF No. 41.)

1

On April 9, 2014, Defendant requested that the deadlines for discovery and pre-trial dispositive motions in the instant case be extended to accommodate the extension of Plaintiff's discovery response time and because of logistical issues arising out of Plaintiff's distant incarceration in Virginia. (ECF No. 42.)

Also, on January 10, 2014, Defendant notified the Court of related case, Holmes v. Lepe, 1:12-cv-01649-AWI-MJS (PC), a case arising out of the same series of events as give rise to this action and naming the same individual as Defendant. (ECF No. 35.) The deadlines for discovery and pre-trial dispositive motions in that case are December 16, 2014, and February 23, 2015, respectively. (See Holmes, 1:12-cv-01649-AWI-MJS (PC) at ECF No. 32.)

The Court finds that Defendant has presented good cause for the requested extensions, and they will be granted. In the interests of efficiency, the Court will extend the remaining dealines in this case to miror those in the related case.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that the following deadlines in this action are extended such that:

1. The deadline for filing an exhaustion motion is July 16, 2014;
2. The deadline to amend pleadings is October 16, 2014;
3. The discovery deadline is December 16, 2014; and
4. The dispositive motion deadline is February 23, 2015.

IT IS SO ORDERED.

Dated:   April 17, 2014             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2