UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL GILLINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>LEPE, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-01533-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 74)** |

    Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

    On February 26, 2015, the action was dismissed in light of the parties' stipulation for dismissal with prejudice. (ECF No. 72.) Numerous pending motions, including motions by Plaintiff for relief from the settlement agreement, were denied in light of the stipulation. (<u>Id.</u>)

    Before the Court is Plaintiff's March 13, 2015 motion for an extension of time to respond to the Court's February 26, 2015 order on the ground he currently is in special housing. (ECF No. 74.)

    There is no pending deadline for Plaintiff to respond to the Court's order. To the extent Plaintiff intends to seek relief pursuant to Federal Rule of Civil Procedure 60(b), he must do so within a "reasonable time," and, for reasons stated in Rule 60(b)(1), (2),

1

and (3), within one year. Plaintiff's current housing placement does not warrant an extension of time.

Accordingly, his motion for extension of time is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   March 16, 2015                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE